FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-23611-PGH | Trustee Name: | Nicole Testa Mehdipour, Trust |
| --- | --- | --- | --- |
| Case Name: | KANE, THOMAS FRANCIS | Date Filed (f) or Converted (c): | 10/04/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 11/02/2016 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Sofa Chair TV Dinette table 2 dinette chairs Bed Dresser End table TV Desk Chair | $450.00 | Unknown | | $0.00 | Unknown |
| 2  Clothes of no value, but to debtor. | $0.00 | Unknown | | $0.00 | Unknown |
| 3  Cell phone Computer Camera | $4,500.00 | Unknown | | $0.00 | Unknown |
| 4  Checking PNC Bank Acct#: 3831 | $145.00 | Unknown | | $0.00 | Unknown |
| 5  Savings PNC Bank Acct#: | $0.00 | Unknown | | $0.00 | Unknown |
| 6  Proceeds from the tax sale of daughter's home held in trust to be split between debtor and his ex-wife. | $8,000.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$13,095.00   $0.00   $0.00   $0.00

**Major Activities affecting case closing:**

04/21/2017  Trustee has conferred with counsel as to further investigation of case issues, including the debtor's pre-petition agreement with an asset search company who made a claim on debtor's behalf for pre-petition excess tax deed proceeds.
Claims bar date not yet requested.
Tax return does not need filing at this time.

| Initial Projected Date Of Final Report (TFR): | 06/30/2018 | Current Projected Date Of Final Report (TFR): | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
| --- | --- | --- | --- |

NICOLE TESTA MEHDIPOUR, TRUSTEE