UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

THOMAS FRANCIS KANE.,

    Debtor.
_____ /

Case No.:16-23611-PGH

Chapter 7

## NOTICE OF FILING EXHIBIT "1" TO [ECF NO. 32]

Attached herewith is Exhibit "1", the creditor's matrix, associated with the *Certificate of Service for Notice of Hearing on Application to Employ Michael C. Foster and the Law of Tripp Scott, P.A. as Special Counsel [ECF No. 32]* (the "Certificate").  The complete creditor's matrix was inadvertently excluded from the service list of the Certificate of Service.  The Certificate while served on all parties on May 19, 2017, did not contain the creditor's matrix on its service list.  To correct this error of omission, the complete creditor's matrix is being filed as Ex. 1 to the Certificate.

Dated this 22nd day of May, 2017.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Proposed Counsel for Trustee*
*Nicole Testa Mehdipour*
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone:      (954) 525-7500
Facsimile:      (954) 761-8475

By: /s/  *Michael C. Foster*
      Kristopher E. Aungst, Esq.
      Florida Bar No. 0055348
      kea@trippscott.com
      Michael C. Foster, Esq.
      Florida Bar No. 0042765
      mcf@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2017, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties of interest entitled to notice as indicated on the attached service list, and that a true copy hereof was sent on May 22, 2017, by U.S. First Class mail to all parties entitled to notice as indicated on the attached service list.

      /s/ *Michael E. Foster*
      Michael C. Foster

## SERVICE LIST

**16-23611-PGH Notice will be electronically mailed to:**

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
eservice@trippscott.com, mcf@trippscott.com;lxc@trippscott.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;cm_ecf@mehdipourtrustee.com;bcasey@mehdipourtrustee.com;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
ksalamone@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Shaun T Plymale on behalf of Debtor Thomas Francis Kane
eshaun@treasurecoastlegal.com, bhuff@treasurecoastlegal.com;kmish@treasurecoastlegal.com

Kimberly Salamone on behalf of Trustee Nicole Testa Mehdipour
ksalamone@ntmlawfirm.com,
atty_mehdipour@bluestylus.com;cm_ecf_service@ntmlawfirm.com

**16-23611-PGH Notice will not be electronically mailed to:**

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131

*See attached mailing matrix*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-13611-LMI<br>Southern District of Florida<br>Miami<br>Thu May 18 16:27:36 EDT 2017 | Atlas Acquisitions,LLC<br>c/o Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Select Portfolio Servicing Inc<br>Popkin & Rosdaler, P.A.<br>c/o Brian L Rosaler<br>1701 West Hillsboro Blvd. Suite 400<br>Deerfield Beach, FL 33442-1572 |
| THE BANK OF NEW YORK<br>SHD Legal Group P.A.<br>PO BOX 19519<br>Fort Lauderdale, FL 33318-0519 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Mortgage Electronic System Inc<br>33 SW 34 Ave Ste 202<br>Ocala, FL 34474 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | The Bank Of New York Mellon<br>Brian L Rosaler P.A.<br>1701 West Hillsboro Blvd #400<br>Deerfield Beach, FL 33442-1572 | The Bank of New York Mellon, as successor Tr<br>Investments II Inc., Bear Stearns ALT-A<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Irene Trujillo<br>4100 SW 145 Terr<br>Miramar, FL 33027-3776 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    10
Bypassed recipients     1
Total                  11

Case 16-23611-PGH    Doc 33    Filed 05/22/17    Page 4 of 6

**EXHIBIT "1"**

```
Label Matrix for local noticing      Atlas Acquisitions,LLC              Select Portfolio Servicing Inc
113C-1                               c/o Avi Schild                      Popkin & Rosdaler, P.A.
Case 16-13611-LMI                    294 Union St.                       c/o Brian L Rosaler
Southern District of Florida         Hackensack, NJ 07601-4303           1701 West Hillsboro Blvd. Suite 400
Miami                                                                    Deerfield Beach, FL 33442-1572
Thu May 18 16:27:36 EDT 2017

THE BANK OF NEW YORK                 Atlas Acquisitions LLC              Mortgage Electronic System Inc
SHD Legal Group P.A.                 294 Union St.                       33 SW 34 Ave Ste 202
PO BOX 19519                         Hackensack, NJ 07601-4303           Ocala, FL 34474
Fort Lauderdale, FL 33318-0519


Office of the US Trustee             The Bank Of New York Mellon         The Bank of New York Mellon, as successor Tr
51 S.W. 1st Ave.                     Brian L Rosaler P.A.                Investments II Inc., Bear Stearns ALT-A
Suite 1204                           1701 West Hillsboro Blvd #400       P.O. Box 65250
Miami, FL 33130-1614                 Deerfield Beach, FL 33442-1572      Salt Lake City, UT 84165-0250


Irene Trujillo                       Nancy K. Neidich
4100 SW 145 Terr                     www.ch13herkert.com
Miramar, FL 33027-3776               POB 279806
                                     Miramar, FL 33027-9806



         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami                             End of Label Matrix
                                     Mailable recipients    10
                                     Bypassed recipients     1
                                     Total                  11
```

Case 16-23611-PGH    Doc 33    Filed 05/22/17    Page 6 of 6